Submitted August 5, reversed and remanded September 8, 2011

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

CHRISTOPHER ERIC JORGENSON,
*Defendant-Appellant.*

Josephine County Circuit Court
07CR0779; A142742

261 P3d 96

Peter Gartlan, Chief Defender, and David O. Ferry, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and Douglas F. Zier, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Brewer, Chief Judge, and Sercombe, Judge.

PER CURIAM

**PER CURIAM**

Defendant appeals from convictions for manufacture of methamphetamine, ORS 475.886, delivery of methamphetamine, ORS 475.890, and possession of methamphetamine, ORS 475.894. He asserts that the trial court erred in denying his motion to suppress evidence discovered as a result of the removal of a console located between the front seats of his vehicle. According to defendant, the removal of the console exceeded the scope of a valid inventory search because the area searched was not designed to hold valuables. The state agrees that defendant's motion to suppress should have been granted because the search of the area under the console was not a proper inventory search. We agree and accept the state's concession.

Reversed and remanded.